UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 2:15-cr-99-FtM-38MRM

NESLY LOUTE
_____/

**ORDER**[1]

This matter comes before the Court on Defendant Nesly Loute's Motion in Limine to Exclude Mention of Uncharged Conduct or Crimes (Doc. #160) filed on August 25, 2016. The United States filed a response (Doc. #165) on September 2, 2016. Defendant's motion is thus ripe for review.

Defendant is charged with three counts of conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349. (Doc. #133). The Government alleges that Defendant set up and operated five chiropractic healthcare clinics in Collier County, Florida and mailed false claims to car insurance companies for medical services provided to supposed car accident victims. (*Id.*). With trial starting next week, Defendant is concerned that the Government will call a witness to testify about additional healthcare clinics in Orlando, Florida ("Orlando Clinics") that Defendant also operated. Because the Orlando Clinics are not charged in this case, Defendant moves to exclude any testimony about them as irrelevant and prejudicial. (Doc. #160).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Government consents, in part, to Defendant's motion.  It agrees to elicit only background information from the witness about how and where he and Defendant met. (Doc. #165 at 2).  The Government will also instruct the witness not to testify about Defendant's specific conduct as to the Orlando Clinics.  (*Id.*).  If Defendant opens the door, however, the Government reserves the right to elicit testimony from any witness about his conduct in connection with the Orlando Clinics.  (*Id.*).

After considering the parties' arguments, the Court will exclude any testimony about Defendant's involvement with healthcare clinics in Orlando.  But, if Defendant's conduct in connection with the Orlando Clinics somehow becomes relevant during trial, the Government may move the Court to rule on that matter before questioning any witness about said conduct.

Accordingly, it is now

**ORDERED:**

Defendant Nelsy Loute's Motion in Limine to Exclude Mention of Uncharged Conduct or Crimes (Doc. #160) is **GRANTED** to the extent as set forth herein.

**DONE AND ORDERED** in Fort Myers, Florida on this 13th day of September 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record