UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.                         Case No:  2:15-cv-99-FtM-38MRM

NESLY LOUTE,

      Defendants.

## **ORDER**

This matter comes before the Court on the Defendant's Oral Motion to Bring Laptop Computer Into Courthouse discussed at the Final Pretrial Conference on September 19, 2016.  Counsel seeks permission to bring a laptop computer into the courthouse for use at trial.

On October 1, 2013, a General Order (6:13-mc-94-Orl-22, Doc. #1) was issued regarding the possession and use of personal electronic devices in the Middle District of Florida courthouses.   See In Re: Possession & Use of Pers. Elec. Devices in Fed. Courthouses in the M.D. Fla., 6:13-mc-94-Orl-22.  As set forth therein, attorneys admitted to practice law in the Middle District of Florida may bring in personal electronic devices including a laptop computer beyond the security checkpoint by presenting a valid Florida Bar identification.  Id., § 2.4.  Counsel is cautioned that the sharing of a personal device with unauthorized personnel is prohibited.

Therefore, the Court grants the request to bring a laptop computer into the building for use during trial.[1]  Accordingly, it is hereby

---

[1]  Counsel should be prepared to bring in surge protectors and/or power strips,

**ORDERED:**

The Defendant's Oral Motion to Bring Laptop Computer Into Courthouse is **GRANTED** for the duration of trial in this case, subject to screening by the Court Security Officers and/or U.S. Marshal's Office**.**

**DONE and ORDERED** at Fort Myers, Florida, this 19th day of September, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

and any other necessary peripheral equipment as the Court will not provide additional equipment not otherwise available.