UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:15-cr-99-FtM-38MRM

NESLY LOUTE
_____

**FORFEITURE MONEY JUDGMENT**

The United States moves for a forfeiture money judgment against Defendant Nesly Loute in the amount of $2,076,935.27, representing the proceeds obtained as the result of the conspiracy to commit mail fraud as charged in Count One of the Superseding Indictment, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, which upon entry will be a final order of forfeiture as to the Defendant.

Being fully advised of the relevant facts, the Court hereby finds that the Defendant obtained $2,076,935.27 in proceeds as a result of the conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349, as charged in Count One, to which he was found guilty by a jury.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the Defendant is jointly and severally liable for the $2,076,935.27 money judgment

with his co-conspirators, upon their conviction for the mail fraud conspiracy charged in Count One of the Superseding Indictment.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the Defendant that the Government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE and ORDERED** in Fort Myers, Florida, this 14th day of February, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties/Counsel of Record